AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HOPKINS, VIRGINIA E. | U.S. DISTRICT COURT | 04/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

619 HUGO L. BLACK COURTHOUSE
1729 5TH AVENUE N
BIRMINGHAM, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH - WELLS FARGO BANK ACCOUNT | | None | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. CASH - LEGACY CREDIT UNION ACCOUNT | | None | K | T | | | | | |
| 4. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | A | Interest | J | T | | | | | |
| 5. CASH - MORGAN STANLEY LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Dividend | L | T | | | | | |
| 6. ACTAVIS INC COM | | None | L | T | Sold (part) | 03/14/14 | J | A | |
| 7. | | | | | Sold (part) | 05/02/14 | J | A | |
| 8. | | | | | Sold (part) | 05/08/14 | J | C | |
| 9. | | | | | Sold (part) | 07/15/14 | K | D | |
| 10. ALIBABA GROUP HOLDG LTD | | None | J | T | Buy | 12/05/14 | J | | |
| 11. AMAZON.COM INC. | | None | | | Sold (part) | 03/14/14 | J | A | |
| 12. | | | | | Sold | 04/28/14 | K | C | |
| 13. AMERICAN CENTURY EQUITY INCOME | B | Dividend | K | T | Sold (part) | 03/14/14 | J | A | |
| 14. | | | | | Sold (part) | 05/02/14 | J | A | |
| 15. AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 03/06/14 | K | D | |
| 16. ANDARKO PETE | A | Dividend | | | Buy | 07/09/14 | K | | |
| 17. | | | | | Sold (part) | 10/14/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/25/14 | J | | |
| 19. | | | | | Sold | 12/19/14 | J | | |
| 20. APPLE INC. | A | Dividend | K | T | Sold (part) | 05/02/14 | J | | |
| 21. | | | | | Buy (add'l) | 07/15/14 | K | | |
| 22. BIOGEN IDED INC | | None | K | T | Buy | 11/06/14 | J | | |
| 23. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 24. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 25. BOEING CO | A | Dividend | | | Buy | 02/12/14 | K | | |
| 26. | | | | | Sold (part) | 05/02/14 | J | A | |
| 27. | | | | | Sold | 07/09/14 | K | | |
| 28. CDN PACIFIC RY LTD NEW | A | Dividend | K | T | Buy | 01/21/14 | K | | |
| 29. | | | | | Sold (part) | 03/14/14 | J | A | |
| 30. | | | | | Sold (part) | 05/02/14 | J | A | |
| 31. CELGEN CORP | | None | | | Sold (part) | 02/27/14 | J | A | |
| 32. | | | | | Sold | 04/11/14 | K | B | |
| 33. COMCAST CORP (NEW) CLASS A | A | Dividend | K | T | Sold (part) | 03/14/14 | J | A | |
| 34. | | | | | Sold (part) | 05/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CONSTELLATION BRANDS INC CL A | | None | K | T | Buy | 02/24/14 | K | | |
| 36. | | | | | Sold (part) | 03/14/14 | J | A | |
| 37. | | | | | Sold (part) | 05/02/14 | J | | |
| 38. CORE LABORATORIES N V | A | Dividend | | | Sold (part) | 03/14/14 | J | A | |
| 39. | | | | | Sold (part) | 05/02/14 | J | A | |
| 40. | | | | | Sold | 07/09/14 | K | | |
| 41. COSTCO WHOLESALE CORP NEW | | None | | | Sold | 01/21/14 | K | | |
| 42. ECOLAB INC | A | Dividend | | | Sold | 08/15/14 | K | C | |
| 43. EDWARD LIFESCIENCES CORP | | None | K | T | Buy | 12/30/14 | K | | |
| 44. EOG RESOURCES INC | A | Dividend | K | T | Sold (part) | 03/14/14 | J | A | |
| 45. | | | | | Sold (part) | 05/02/14 | J | A | |
| 46. | | | | | Sold (part) | 10/14/14 | K | D | |
| 47. FACEBOOK INC CL-A | | None | K | T | Buy | 04/28/14 | K | | |
| 48. | | | | | Sold (part) | 05/02/14 | J | A | |
| 49. FISERV INC WISCONSIN | | None | K | T | Buy | 01/17/14 | K | | |
| 50. FLEETCOR TECHNOLOGIES | | None | K | T | Sold (part) | 03/14/14 | J | A | |
| 51. | | | | | Sold (part) | 05/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GILEAD SCIENCE | | None | | | Buy | 09/22/14 | K | | |
| 53. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 54. | | | | | Sold | 12/29/14 | K | | |
| 55. GOOGLE INC CL C | | None | | | Buy | 04/03/14 | J | | |
| 56. | | | | | Sold (part) | 11/06/14 | J | | |
| 57. | | | | | Sold | 12/05/14 | J | B | |
| 58. GOOGLE INC-CL A | | None | | | Sold (part) | 03/14/14 | J | A | |
| 59. | | | | | Sold | 04/08/14 | J | C | |
| 60. HANESBRANDS INC. | | None | K | T | Buy | 11/21/14 | K | | |
| 61. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 62. HERSHEY COMPANY | A | Dividend | | | Sold | 05/19/14 | K | D | |
| 63. HOME DEPOT INC | | None | | | Sold | 02/24/14 | K | D | |
| 64. ISHARES BARCLAYS 1-3 YR TSY BD | A | Dividend | L | T | Sold (part) | 03/14/14 | J | A | |
| 65. | | | | | Sold (part) | 05/02/14 | J | A | |
| 66. ISHARES BARCLAYS 3-7 YR TSY BD | B | Dividend | L | T | Sold (part) | 03/14/14 | J | A | |
| 67. | | | | | Sold (part) | 05/02/14 | J | A | |
| 68. ISHARES BARCLAYS AGG.BD.FD | B | Dividend | L | T | Sold (part) | 03/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 05/02/14 | J | A | |
| 70. KROGER CO | | None | | | Sold | 01/17/14 | K | | |
| 71. LINKEDIN CORP-A | | None | | | Sold | 02/12/14 | K | B | |
| 72. LYONDELLBASELL NV CL-A | A | Dividend | | | Buy | 08/15/14 | K | | |
| 73. | | | | | Sold (part) | 10/14/14 | J | | |
| 74. | | | | | Sold | 10/27/14 | K | | |
| 75. MARRIOTT INTL INC NEW CL A | A | Dividend | K | T | Buy | 08/11/14 | K | | |
| 76. MCKESSON CORP | A | Dividend | K | T | Buy | 03/06/14 | K | | |
| 77. | | | | | Sold (part) | 03/14/14 | J | | |
| 78. | | | | | Sold (part) | 05/02/14 | J | | |
| 79. METROPOLITAN WEST TOT RET BD I | A | Dividend | K | T | Sold (part) | 05/02/14 | J | | |
| 80. MICHAEL KORS HOLDINGS LTD | | None | | | Sold (part) | 03/14/14 | J | A | |
| 81. | | | | | Sold (part) | 05/02/14 | J | A | |
| 82. | | | | | Sold | 07/15/14 | K | D | |
| 83. NIELSEN HOLDINGS NV | A | Dividend | | | Buy | 07/22/14 | K | | |
| 84. | | | | | Sold | 09/22/14 | K | | |
| 85. NXP SEMICONDUCTORS NV | | None | K | T | Buy | 07/09/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PALO ALTO NETWORKS INC. | | None | K | T | Buy | 12/30/14 | K | | |
| 87. RAYTHEON CO (NEW) | A | Dividend | | | Buy | 05/01/14 | K | | |
| 88. | | | | | Sold | 07/02/14 | K | | |
| 89. SCHLUMBERGER LTD | A | Dividend | | | Buy | 05/19/14 | K | | |
| 90. | | | | | Sold (part) | 10/14/14 | K | | |
| 91. | | | | | Sold | 12/30/14 | K | | |
| 92. SKYWORKS SOLUTIONS INC | A | Dividend | K | T | Buy | 08/05/14 | K | | |
| 93. SPDR BARCLAYS CAPPITAL TIPS | B | Dividend | L | T | Sold (part) | 03/14/14 | J | A | |
| 94. | | | | | Sold (part) | 05/02/14 | J | A | |
| 95. SPDR GOLD TR GOLD SHS | | None | | | Sold (part) | 03/14/14 | J | A | |
| 96. | | | | | Sold (part) | 05/02/14 | J | A | |
| 97. | | | | | Sold (part) | 06/30/14 | J | C | |
| 98. | | | | | Sold (part) | 11/11/14 | J | A | |
| 99. | | | | | Sold | 12/29/14 | J | A | |
| 100. STARBUCKS CORP WASHINGTON | A | Dividend | L | T | Sold (part) | 03/14/14 | J | A | See Section VIII Addtl Inf |
| 101. | | | | | Sold (part) | 05/02/14 | J | A | |
| 102. THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TRACTOR SUPPLY CO | A | Dividend | | | Buy | 01/21/14 | K | | |
| 104. | | | | | Sold (part) | 03/14/14 | J | | |
| 105. | | | | | Sold | 05/01/14 | K | | |
| 106. UNDER ARMOUR INC CL A | | None | J | T | Buy | 12/30/14 | J | | |
| 107. UNITED RENTALS INC | | None | K | T | Buy | 04/11/14 | K | | |
| 108. | | | | | Sold (part) | 05/02/14 | J | A | |
| 109. VALEANT PHARMACEUTIC INTL INC | | None | | | Sold (part) | 03/14/14 | J | A | |
| 110. | | | | | Sold (part) | 05/02/14 | J | A | |
| 111. | | | | | Sold | 08/05/14 | K | C | |
| 112. VISA INC CL A | A | Dividend | | | Sold (part) | 03/14/14 | J | A | |
| 113. | | | | | Sold (part) | 05/02/14 | J | A | |
| 114. | | | | | Sold | 08/11/14 | K | D | |
| 115. WALT DISNEY CO HLDG CO | | None | K | T | Buy | 07/02/14 | K | | |
| 116. | | | | | Buy (add'l) | 11/10/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST #1 REPORTED IN PART I, LINE I IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS."

SECTION I, POSITIONS - UNDER CURRENT REPORTING REQUIREMENTS, THE POSITION OF ATTORNEY-IN-FACT IS NO LONGER REPORTABLE AND THEREFORE, THIS POSITION AND THE RELATED ASSETS OWNED BY THE PRINCIPAL WHO CREATED "POA #1" ON THE PREVIOUS YEAR REPORT ARE NOT REPORTED.

SECTION VII, LINE 98 - STARBUCKS CORP WASHINGTON - THE DIFFERENCE IN HOLDING VALUE CODE REPORTED IN COLUMN C IS PURELY DUE TO INCREASES IN THE MARKET VALUE OF THIS INVESTMENT. THERE ARE NO FURTHER ADDITIONS TO REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 04/20/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544